NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CIARAN TEMPLAR-OBRIEN,              )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-1991
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____)

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.


PER CURIAM.


          Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.